UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **REBECCA CASTILLO, an individual** | : | 2:17-cv-6009 (SJF) (GRB) |
| Plaintiff, | : | RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT |
| v. | : | AVEDA SERVICES INC. |
| **AVEDA SERVICES INC.,** | : | |
| Defendant. | : | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Aveda Services Inc. certifies that:

1.  The Estee Lauder Companies Inc., a publicly held corporation, wholly owns Aveda Services Inc.

Dated: San Francisco, California
       December 15, 2017

JEFFER MANGELS BUTLER & MITCHELL LLP

By:___/s/ Matthew S. Kenefick_____

Matthew S. Kenefick
Admitted Pro Hac Vice
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3813
Tel: (415) 398-8080
Fax: (415) 398-5584
mkenefick@jmbm.com

Robert J. deBrauwere
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100
rdebrauwere@pryorcashman.com

*Attorneys for Defendant Aveda Services Inc.*