

Matthew S. Kenefick
Direct: (415) 984-9677
mkenefick@jmbm.com

Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
(415) 398-8080   (415) 398-5584 Fax
www.jmbm.com

January 31, 2018

<u>**VIA CM/ECF ONLY**</u>

Hon. Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
Central Islip Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:     *Rebecca Castillo, an individual v. Aveda Services, Inc.*,
           Case No. 2:17-cv-06009 (SJF) (GRB)

Honorable Judge Feuerstein:

      I represent the Defendant, Aveda Services, Inc. ("**Defendant**"), in the above-referenced action.  I write to request leave to appear by telephone at the upcoming Initial Conference that is scheduled for February 15, 2018 at 11:15 a.m. in Courtroom 1010 of the Central Islip Federal Courthouse.

      To date, the parties have been engaged in meaningful settlement negotiations for this, and other related matters filed by Plaintiff.  Such negotiations are ongoing.  While Defendant appreciates the benefits of having parties attend the February 15 hearing in-person with settlement authority, in light of these settlement negotiations, and taking into consideration that I am based out of San Francisco (and the Plaintiff, who is blind, also resides in California), Defendant respectfully submits that permitting Defendant to attend the conference telephonically will conserve resources that can be directed towards settlement.  As such, Defendant respectfully requests leave to appear telephonically at the February 15 conference.

Hon. Sandra J. Feuerstein
January 31, 2018
Page 2

Respectfully submitted,

MATTHEW S. KENEFICK, of
Jeffer Mangels Butler & Mitchell LLP
*Admitted Pro Hac Vice*

JMBM  Jeffer Mangels
Butler & Mitchell LLP
jmbm.com

61679746v1