## CIVIL CAUSE FOR INITIAL CONFERENCE
### BEFORE: JUDGE FEUERSTEIN

**DATE**: February 15, 2018    **TIME**: 11:15 A.M.    **TIME IN COURT**: 30 minutes

**CASE NUMBER**: 2:17-cv-06009-SJF-GRB

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 15 2018 ★
LONG ISLAND OFFICE

**CASE TITLE**: Castillo v. Aveda Services Inc.

**PLTFFS ATTY**: Javier Merino
  X  present     __ not present

**DEFTS ATTY**: Robert DeBrauwere
  X  present     __ not present

**COURT REPORTER**:

**COURTROOM DEPUTY**: Bryan Morabito

 X  CASE CALLED.

 __ ARGUMENT HEARD / CONT'D TO_____.

 __ ORDER ENTERED ON THE RECORD.

**OTHER**: . A further status conference is scheduled before Judge Feuerstein on 3/22/2018 at 11:15 am.